UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **CLIFFORD W. SHEPARD,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | No. 3:07cv0193AS |
| ) | |
| **RAE D. BEELER, and** ) | |
| **DIAMOND & DIAMOND,** ) | |
| ) | |
| ) | |
| **Defendants** ) | |

*MEMORANDUM, OPINION AND ORDER*

This court has before it a Report and Recommendation filed in this case by United States Magistrate Judge Christopher A. Nuechterlein on July 10, 2007.  There has been compliance here with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982).  The Report and Recommendation is in all things **APPROVED** and **CONFIRMED**.  This case is now **DISMISSED** with each party to pay its own costs.  **IT IS SO ORDERED.**

   **DATED:**  August 3, 2007

                                       S/ ALLEN SHARP
                                   **ALLEN SHARP, JUDGE**
                                   **UNITED STATES DISTRICT COURT**

cc:  The Honorable Christopher A. Nuechterlein